439 F.2d 1128
 John C. CHAMBERS, Receiver, Americana Crop Hail Pool, Inc., Plaintiff-Appellant,
v.
MARYLAND CASUALTY COMPANY, Defendant-Appellee.
 No. 30093.
 United States Court of Appeals, Fifth Circuit.
 March 9, 1971.
 
 Appeal from the United States District Court for the Northern District of Texas; Halbert O. Woodward, District Judge.
 R. A. Wilson, Underwood, Wilson, Sutton, Heare & Berry, Amarillo, Tex., for plaintiff-appellant.
 Wayne P. Sturdivant, Gibson, Ochsner, Adkins, Harlan & Hankins, Amarillo, Tex., for defendant-appellee.
 Before GOLDBERG and DYER, Circuit Judges, and GROOMS, District Judge.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[2]
 
 
 Notes:
 
 
 [2]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966